```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SUREKHA SHAH, as Sellers' Representative,    :
                                             :
                              Plaintiff,     :
                                             :
              -against-                      :
                                             :         1:19-cv-10018-GHW
                                             :
TORRENT PHARMA, INC.,                        :
                                             :         UNSEALING ORDER
                              Defendant.:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated in the Court's earlier November 22, 2019 order, the Clerk of Court is directed to unseal this case without delay.  Exhibits A, B, D, and E should not yet be filed on the public docket for the reasons described in that order.

    SO ORDERED.

Dated:  November 22, 2019
       New York, New York

                                             _____
                                               GREGORY H. WOODS
                                           United States District Judge