UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2019

-------------------------------------------------------------- X

SUREKHA SHAH, as Sellers' Representative,  :
                                              :

                 Plaintiff, :

                                              :

        -against-                   :

                                              :

TORRENT PHARMA, INC.,          :

                                              :

                    Defendant.:

-------------------------------------------------------------- X

1:19-cv-10018-GHW

<u>UNSEALING ORDER</u>

GREGORY H. WOODS, United States District Judge:

      For the reasons stated in the Court's earlier November 22, 2019 order, the Clerk of Court is

directed to unseal this case without delay.  Exhibits A, B, D, and E should not yet be filed on the

public docket for the reasons described in that order.

      SO ORDERED.

Dated: November 22, 2019
      New York, New York

                                          _____
                                          GREGORY H. WOODS
                                       United States District Judge

243