USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SUREKHA SHAH, as Sellers' Representative, :
:
Plaintiff, :
:
-against- :
: 1:19-cv-10018-GHW
:
TORRENT PHARMA, INC., :
: ORDER
Defendant.:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 22, 2019, the Court unsealed this case and directed Plaintiff to file all previously filed documents on the docket except for Exhibits A, B, D, and E. *See* Dkt Nos. 5-6. Plaintiff has not filed all previously sealed documents on the docket. Both parties have submitted letters to Chambers via email that the Court will address at the telephone conference scheduled for December 6, 2019. However, neither of those letters appears on the docket. Plaintiff is directed to comply with the Court's prior orders by filing these letters and any other documents that have been filed in the case but do not appear on the docket as soon as is practicable but, in any event, no later than December 9, 2019. With respect to Exhibits A, B, D, and, E, the Court's November 22, 2019 established a deadline of November 27, 2019 for the parties to make a request for specific redactions to those exhibits. Dkt No. 5. That deadline has passed, and the parties have not proposed specific redactions. Accordingly, Plaintiff is directed to file Exhibits A, B, D, and E on the docket no later than December 9, 2019.

SO ORDERED.

Dated: December 5, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge